**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:**<br><br>**Janet Corujo**<br>          **Debtor**<br><br>**Deutsche Bank National Trust Company, as Trustee on behalf of the certificateholders of the HSI Asset Securitization Corporation Trust 2007-NC1 Trust, Mortgage Pass Through Certificates ,Series 2007-NC1**<br>          **Movant**<br><br>**v.**<br><br>**Janet Corujo**<br>          **Debtor/Respondent**<br><br>**Scott F. Waterman,**<br>          **Trustee/Respondent** | **Bankruptcy No. 19-17042-pmm**<br><br>**Chapter 13** |

### ORDER OF COURT

AND NOW, this  25th  day of  September  , 20 25  upon consideration of Deutsche Bank National Trust Company, as Trustee on behalf of the certificate holders of the HSI Asset Securitization Corporation Trust 2007-NC1 Trust, Mortgage Pass Through Certificates ,Series 2007-NC1's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to Deutsche Bank National Trust Company, as Trustee on behalf of the certificate holders of the HSI Asset Securitization Corporation Trust 2007-NC1 Trust, Mortgage Pass Through Certificates ,Series 2007-NC1; and it is further

ORDERED, that Deutsche Bank National Trust Company, as Trustee on behalf of the certificateholders of the HSI Asset Securitization Corporation Trust 2007-NC1 Trust, Mortgage Pass Through Certificates ,Series 2007-NC1, its successor and/or assigns are entitled to proceed with appropriate state court remedies against the property located at 1230 East Third Street Bethlehem, PA 18015, including without limitation a sheriff's sale of the property.

**Date: September 25, 2025**

**BY THE COURT**

_Patricia M. Mayer_
_____

**HON. Patricia M. Mayer**
**U.S. Bankruptcy Court Judge**